IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| HAUNAH VANLANINGHAM and DANIELLE SCHWARTZ, individually and on behalf of all similarly-situated current citizens of Illinois,<br><br>          Plaintiffs,<br><br>  v.<br><br>CAMPBELL SOUP CO.,<br><br>          Defendant. | No. 3:20-cv-00647-NJR |

**CAMPBELL SOUP COMPANY MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

Defendant Campbell Soup Company, by and through their attorneys, Perkins Coie LLP, respectfully move to dismiss with prejudice Plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Alternatively, Campbell respectfully moves to dismiss Plaintiffs' request for injunctive relief pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. In support of its Motion, Campbell submits its supporting memorandum of law, and states

## INTRODUCTION

1. On March 6, 2020, Plaintiffs Haunah Vanlaningham and Danielle Schwartz filed this Class Action Complaint in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois. The Complaint alleges deceptive, unfair, and false practices regarding certain soup products manufactured and distributed by Campbell. *See* ECF No. 3-1.

2. Campbell filed its notice of removal in the Southern District of Illinois on July 1, 2020, invoking this Court's jurisdiction under the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d). ECF No. 1.

3. Plaintiffs did not file a Motion to Remand.

4. The parties filed an Agreed Motion for Extension of Time to file Answer or Otherwise Plead on July 8, 2020. ECF No. 8. The parties agreed that Campbell should file its

-2-

answer or otherwise respond to the Complaint by August 7, 2020. *Id.* The Court granted the parties' Agreed Motion. ECF No. 10.

5. Campbell's Motion to Dismiss seeks dismissal of the entire Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). If the Complaint is not dismissed in full, Campbell seeks dismissal with prejudice of Plaintiff's request for injunctive relief under Federal Rule of Civil Procedure 12(b)(1), for lack of Article III standing.

6. Campbell submits a brief in support of this Motion.

WHEREFORE, Campbell prays that Plaintiffs' Complaint be dismissed with prejudice.

Respectfully submitted this 7th Day of August,

By: */s/ Lauren Watts Staniar*
One of the Attorneys for Campbell Soup Company

Kathleen A. Stetsko
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400

Charles C. Sipos, *pro hac vice*
CSipos@perkinscoie.com
Lauren W. Staniar, *pro hac vice*
LStaniar@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-3316
Fax: (206) 359-4316

David T. Biderman, *pro hac vice* forthcoming
DBiderman@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Tel: 310.788.9900
Fax: 310.843.1284

## CERTIFICATE OF SERVICE

I, Lauren Watts Staniar, certify that on August 7, 2020, at my direction the foregoing **MOTION TO DISMISS** was electronically filed with the Clerk of the Court using the CM/ECF system, which effected service on the following attorneys:

David C. Nelson (ARDC 6225722)
Nelson & Nelson, Attorneys at Law, P.C.
420 North High Street
Belleville, Illinois 62220
Tel: 618-277-4000
Email: dnelson@nelsonlawpc.com

Matthew H. Armstrong (ARDC 6226591)
Armstrong Law Firm LLC
8816 Manchester Rd., No. 109
St. Louis, Missouri 63144
Tel: 314-258-0212
Email: matt@mattarmstronglaw.com

Stuart L. Cochran
Steckler Gresham Cochran, PLLC
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
972-387-4040
Fax: 972-387-4041
Email: stuart@stecklerlaw.com

Attorneys for the Putative Class

I certify under penalty of perjury that the foregoing is true and correct.

/s/  *Lauren Watts Staniar*
Lauren Watts Staniar