# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIELLE SCHWARTZ and ) <br> HAUNAH VANLANINGHAM, ) <br> individually and on behalf of all similarly- ) <br> situated current citizens of Illinois, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CAMPBELL SOUP CO., ) <br> ) <br> Defendant. ) | No. 3:20-cv-00647-NJR |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Plaintiffs Danielle Schwartz and Haunah Vanlaningham and Defendant Campbell Soup Co., by and through their undersigned counsel hereby stipulate that:

1. This action shall be DISMISSED, with prejudice as to the claims of Plaintiffs and without prejudice as to the claims of putative class members;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

SO ORDERED:

Date: _____        _____
                        United States District Judge

Dated: December 15, 2020     Stipulated and respectfully submitted,

/s/ *Matthew H. Armstrong*
Matthew H. Armstrong (ARDC 6226591)
ARMSTRONG LAW FIRM LLC
8816 Manchester Rd., No. 109
St. Louis MO 63144
Tel: 314-258-0212
Email: matt@mattarmstronglaw.com

*Attorneys for Plaintiffs*

/s/ *Charles Sipos* (with consent)
Charles Sipos, *Pro Hac Vice*
PERKINS COIE LLP
1201 Third Ave., Ste. 4900
Seattle WA 98101-3099
Tel:    206-359-3983
Email: CSipos@perkinscoie.com

*Attorneys for Defendant Campbell Soup Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

/s/ Matthew H. Armstrong