IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAUNAH VANLANINGHAM and DANIELLE SCHWARTZ, individually and on behalf of all similarly situated current citizens of Illinois,<br><br>Plaintiffs,<br><br>v.<br><br>CAMPBELL SOUP CO.,<br><br>Defendant. | Case No. 3:20-CV-00647-NJR |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of **December 15, 2020** (Doc. 34), reflecting the Stipulation of Dismissal filed December 15, 2020 (Doc. 33), this entire action is **DISMISSED**, with prejudice as to the claims of Plaintiffs and without prejudice as to the claims of putative class members.

DATED:   December 15, 2020

                                                  MARGARET M. ROBERTIE,
                                                  Clerk of Court

                                                  By:   s/ *Deana Brinkley*
                                                               Deputy Clerk


**APPROVED:**   s/ *Nancy J. Rosenstengel*
                      NANCY J. ROSENSTENGEL
                      Chief U.S. District Judge